**FILED
CLERK**

12/14/2012 1:58 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JAMES BLISSETT, individually, and on behalf of all other similarly situated as class representative,

                            Plaintiff,

  -against-

LANDAUER METROPOLITAN, INC.

                            Defendant.
----------------------------------------------------------X

**ORDER**
12-cv-03647 (ADS)(ARL)

**APPEARANCES:**

**Law Offices of Steven I. Locke, P.C.**
*Attorneys for the Plaintiff*
85 Fifth Avenue
5th Floor
New York, NY 10003
       By:    Steven Ian Locke, Esq., of Counsel

**Law Office of Richard Greenspan, P.C.**
*Attorneys for the Defendant*
220 Heatherdell Road
Ardsley, NY 10502
       By:    Matthew Phillip Rocco, Esq., of Counsel

**SPATT, District Judge.**

      I hereby recuse myself from the above-captioned case.

Dated: Central Islip, New York
December 14, 2012

                                             */s/ Arthur D. Spatt*
                                          ARTHUR D. SPATT
                                    United States District Judge